IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Donzaleigh Frazier,

    Plaintiff,

v.                                          No. 04-2519 Ma/V

Mel Martinez,

    Defendant.

## ORDER TO SHOW CAUSE

Before the court is Defendant's July 25, 2005, motion to dismiss. Plaintiff has not yet responded to the motion, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 19th day of December 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02519 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT